In the Matter of the Application of THE MANHATTAN RAIL-
WAY COMPANY et al., Respondents, *v.* JULIA A. KENT,
Individually, etc., et al., Appellants.

(Argued January 28, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made the first Monday
of October, 1894, which affirmed an order of Special Term
denying a motion for a re-taxation of costs.

*Charles L. Pashley* for appellants.

*William H. Godden* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

ROBERT J. DEAN, Respondent, et al., Plaintiffs, *v.* MARSHALL
S. DRIGGS, Defendant ; EDWARD S. HATCH, Appellant.

(Argued January 28, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made December 14, 1894, which affirmed an order of Special
Term fixing the amount payable to Edward S. Hatch, as
attorney.

*Thomas P. Wickes* for appellant.

*L. E. Warren* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.